UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES MEARS, Individually,

    Plaintiff,

v.

CYPRESS CREEK ASSOCIATES
LIMITED PARTNERSHIP,

                                    Case No: 0:13-cv-62933-DPG

    Defendant/Third Party Plaintiff,

v.

URBAN LIFE RESTAURANT GROUP,
INC., and CYPRESS BREAD COMPANY
INC.,

    Third Party Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between JAMES MEARS and CYPRESS CREEK ASSOCIATES LIMITED PARTNERSHIP, through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii.

Dated this \_\_th day of July, 2015.

| | |
|---|---|
| *s/ Philip Michael Cullen, III* | *s/ Karen A. Brimmer* |
| Philip Michael Cullen, III, Esq. | Karen A. Brimmer, Esq. |
| Thomas B. Bacon, P.A. | Hinshaw & Culbertson LLP |
| 621 South Federal Highway, Suite Four | 2525 Ponce de Leon Blvd., 4th Floor |
| Ft. Lauderdale, Florida 33301 | Coral Gables, FL 33134 |
| Tel: (954) 462-0600 | Telephone: 305-358-7747 |
| Florida Bar No. 167853 | Florida Bar No. 236470 |
| *Counsel for the Plaintiff* | *Attorneys for Defendant CYPRESS CREEK ASSOCIATES LIMITED PARTNERSHIP* |