UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62933-CIV-GAYLES/TURNOFF

**JAMES MEARS**,

    Plaintiff,

v.

**CYPRESS CREEK ASSOCIATES LIMITED PARTNERSHIP,**

    Defendant/Third Party Plaintiff,

v.

**URBAN LIFE RESTAURANT GROUP, INC., and CYPRESS BREAD COMPANY, INC.,**

    Third Party Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Stipulations for Dismissal With Prejudice [ECF Nos. 26, 27]. Being fully advised, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of July, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE